130 So.2d 237

■

James S. PHIFER

v.

CITY OF BIRMINGHAM.

6 Div. 686.

Supreme Court of Alabama.

March 2, 1961.

Rehearing Denied May 25, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, opposed.

GOODWYN, Justice.

Petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Phifer v. City of Birmingham, 130 So.2d 237.

This is one of fourteen cases presenting the same questions as those discussed in White v. City of Birmingham, ante, p. 301, 130 So.2d 234. On authority of that case, the writ is due to be denied.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.

130 So.2d 236

■

F. L. SHUTTLESWORTH

v.

CITY OF BIRMINGHAM.

6 Div. 685.

Supreme Court of Alabama.

March 2, 1961.

Rehearing Denied May 25, 1961.

Arthur D. Shores and Orzell Billingsley, Jr., Birmingham, for petitioner.

J. M. Breckenridge and Jas. G. Adams, III, Birmingham, opposed.

GOODWYN, Justice.

Petition for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Shuttlesworth v. City of Birmingham, 130 So.2d 236.

This is one of fourteen cases presenting the same questions as those discussed in White v. City of Birmingham, ante, p. 301, 130 So.2d 234. On authority of that case, the writ is due to be denied.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.